**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

Counsel for Defendants
Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC., a Delaware Corporation; HOAN TON-THAT, an Individual; RICHARD SCHWARTZ, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00370-BAS-MSB<br><br>**DEFENDANTS CLEARVIEW AI, INC., TON-THAT, AND SCHWARTZ'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE AND STAY CASE PENDING DECISION ON TRANSFER**<br><br>Hearing Date: May 4, 2020<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br>Courtroom: 4B<br>Judge: The Hon. Cynthia A. Bashant |

NOTICE OF MOTION AND MOTION TO TRANSFER VENUE AND STAY CASE
CASE NO. 3:20-CV-00370-BAS-MSB

PLEASE TAKE NOTICE that on May 4, 2020 or as soon thereafter as counsel may be heard in Courtroom 4B of the Edward J. Schwartz United States Courthouse located at 221 West Broadway, San Diego, CA, 92101, Defendants Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz ("Clearview") will appear before the Honorable Cynthia A. Bashant and will, and hereby do, move for an order transferring this action to the Southern District of New York and staying the case pending the Court's decision on transfer.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently-filed Declaration of Thomas Mulcaire and exhibits thereto, and any additional evidence or argument that Clearview may offer in its reply brief, at oral argument, or otherwise. This motion is made following the conference of counsel that took place on March 18, 2020.

DATED: March 31, 2020            JENNER & BLOCK LLP

                                 By: s/ Kate T. Spelman
                                     Kate T. Spelman
                                     kspelman@jenner.com

                                 *Counsel for Defendants*
                                 *Clearview AI, Inc., Hoan Ton-That, and*
                                 *Richard Schwartz*