1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:    (213) 239-5100
Facsimile:     (213) 239-5199

Counsel for Defendants
Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEAN BURKE and JAMES POMERENE,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

v.

CLEARVIEW AI, INC., a Delaware
Corporation; HOAN TON-THAT, an
Individual; RICHARD SCHWARTZ, an
Individual; and DOES 1 through 10,
inclusive,

                    Defendants.

Case No. 3:20-cv-00370-BAS-MSB

**DECLARATION OF THOMAS
MULCAIRE IN SUPPORT OF
DEFENDANTS CLEARVIEW AI,
INC., TON-THAT, AND
SCHWARTZ'S MOTION TO
TRANSFER VENUE AND
STAY CASE PENDING DECISION
ON TRANSFER**

I, Thomas Mulcaire, hereby declare:

1.      I am General Counsel at Clearview AI, Inc. ("Clearview"), and I have served in this role since September 2019.  My duties as General Counsel include planning and executing our regulatory compliance strategy, communications, handling contractual matters and managing outside counsel in litigation.  I am familiar with Clearview's operations, including its information technology and sales operations.  I have personal knowledge of the facts described below, and if called as a witness, could and would testify competently thereto.

2.      Clearview is a Delaware corporation with its headquarters and principal place of business in New York.

3.      Clearview is a technology company that collects publicly available images on the internet and organizes them into a searchable database, which can then be searched by licensed users.

4.      Clearview's technology searches the "open web" and public sources for image files, and downloads the files and webpage URL into a database.  Anyone with internet capability is able to access the files that Clearview collects for use in its database.  Any images collected by Clearview were accessible to Clearview from its place of business in New York.

5.      Clearview has eight full-time employees, the majority of whom work in New York.

6.      The company was co-founded in 2017 by Richard Schwartz and Hoan Ton-That.  Ton-That also serves as the company's chief executive officer.  Ton-That manages information technology matters for Clearview and Schwartz manages sales.  Ton-That and Schwartz are both residents of New York.

7.     The servers hosting the data necessary for Clearview's business are located in New York.  Some of Clearview's servers are also located in New Jersey.  Any images retrieved by Clearview are stored on these servers.

8.     Clearview does not have any employees, real estate, servers, or facilities in California.

9.     Litigation is pending against Clearview in the U.S. District Court for the Southern District of New York, including the cases *Calderon v. Clearview AI, Inc*. and *Broccolino v. Clearview AI, Inc.*  The complaints for these cases are attached to this declaration as Exhibit 1 and Exhibit 2.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 31, 2020.

**New York, New York**
**March 31, 2020.**

*Thomas Mulcaire*

_____

Thomas Mulcaire