**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199

Counsel for Defendants
Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC., a Delaware Corporation; HOAN TON-THAT, an Individual; RICHARD SCHWARTZ, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00370-BAS-MSB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant Clearview AI, Inc. makes the following disclosure: Clearview AI, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

DATED:  March 31, 2020                                  JENNER & BLOCK LLP

                                                            By:  s/  Kate T. Spelman
                                                                  Kate T. Spelman
                                                                 kspelman@jenner.com

                                                                *Counsel for Defendants*
                                                                 *Clearview AI, Inc., Hoan Ton-That, and*
                                                                 *Richard Schwartz*