# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BURKE and JAMES POMERENE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC., *et al.*,<br><br>Defendants. | Case No. 20-cv-00370-BAS-MSB<br><br>**ORDER:**<br><br>**(1) TERMINATING DEFENDANTS' MOTION TO TRANSFER VENUE [ECF No. 4]; AND**<br><br>**(2) GRANTING JOINT MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK [ECF No. 10]** |

Before the Court is the parties' Joint Motion to Transfer Venue of this action. (ECF No. 10.) Defendants moved to transfer venue to the Southern District of New York ("SDNY"), where two similar cases are pending, pursuant to 28 U.S.C § 1404(a). (ECF No. 4.) Plaintiffs now state that they do not oppose transfer to SDNY in the interest of justice and the convenience of the courts and parties, noting that New York is the location of Clearview's headquarters and the residences of the individual Defendants. (ECF No. 10 at 2.)

Good cause appearing, the Court **ORDERS** the following:

1. Defendants' Motion to Transfer Venue and Stay Case Pending Decision on Transfer (ECF No. 4) is **TERMINATED AS MOOT**.

2. The parties' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) (ECF No. 10) is **GRANTED**.

3. Pursuant to 28 U.S.C. §1404(a), this action is ordered transferred to the United States District Court for the Southern District of New York.

4. Plaintiffs need not file an amended complaint to effectuate such transfer.

5. The Clerk of this Court is to close the file in this Court and to transfer the file to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

**DATED: April 15, 2020**

Hon. Cynthia Bashant
United States District Judge