| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, April 17, 2020 11:45 AM |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |

CASE: 3:20-cv-00370

DETAILS: Case transferred from California Southern has been opened in Southern District of New York as case 1:20-cv-03104, filed 04/17/2020.